# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JERRY LYNN PARKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:05-CV-819 CAS |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that petitioner' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. #1] is **DISMISSED**, as time barred.

**IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of his § 2254 petition, then a certificate of appealability shall not issue.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __20th__ day of June, 2005.